# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: __LEON J. BARNES__   Atty Name (if applicable): __IN PRO PER__

Street Address: __18021 GLENBURN AVE__   CA Bar No. (if applicable): _____

__TORRANCE, CA 90504__   Atty Fax No. (if applicable): _____

Filer's Telephone No.: __(323) 273-0923__

In re:   Case No.: __2:14-BK-32758-NB__
LEON J. BARNES

Chapter  7 _____  11 _____  13 __✓__

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes __✓__   No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ___  D __✓__  E ___  F __✓__  G ___  H ___  I __✓__  J __✓__

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other __✓__ _amended Chap #13 plan_

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __LEON J. BARNES__, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: __01/22/2015__

_[signature]_
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED
JAN 28 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

***SEE REVERSE SIDE***

B-1008 *Revised November 2011*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 01/23/2015

TANYA REYES
Print or Type Name

_[Signature]_
Signature

(SEE ATTACHED MAILING LIST.)

KATHY A. DOCKERY
CHAPT 13 TRUSTEE
700 S. FLOWER ST #1950
LA, CA 90017

B-1008 *Revised November 2011*

*1st Amended*

B6D (Official Form 6D) (12/07)

In re BARNES, LEON J.
_____,
                    Debtor(s)

Case No. 2:14-bk-32758-NB
                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

FILED JAN 28 2015 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 2004<br><br>Creditor # : 1<br>GMC<br>PO BOX 33170<br>Detroit MI 48232 | | 2014<br>AUTO LOAN    REAFFRIM<br>2015 HYUNDAI SONATA<br><br>Value: $ 22,306.00 | | | | $ 22,306.00 | $ 0.00 |
| Account No: 0971<br><br>Creditor # : 2<br>SKYONE FED CR UNION<br>14600 AVIATION BL<br>Hawthorne CA 90250 | | 2014<br>AUTO LOAN    REAFFRIM<br>2004 GMC SIERRA<br><br>Value: $ 5,200.00 | | | | $ 4,240.00 | $ 0.00 |
| No continuation sheets attached | | | | | Subtotal $<br>(Total of this page) | $ 26,546.00 | $ 0.00 |
| | | | | | Total $<br>(Use only on last page) | $ 26,546.00 | $ 0.00 |
| | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) | |

*1st Amended*

B6F (Official Form 6F) (12/07)

In re **BARNES, LEON J.**_____,    Case No. **2:14-bk-32758-NB**
                    Debtor(s)                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    9260<br>Creditor # : 1<br>BANK OF AMERICA *<br>PO BOX 982235<br>El Paso TX 79998 | | 2014<br>Credit Card Purchases | | | | $ 7,663.00 |
| Account No:    1691<br>Creditor # : 2<br>BANK OF AMERICA *<br>PO BOX 982235<br>El Paso TX 79998 | | 2014<br>Credit Card Purchases | | | | $ 2,232.00 |
| Account No:    8710<br>Creditor # : 3<br>BANK OF AMERICA *<br>PO BOX 982235<br>El Paso TX 79998 | | 2014<br>Credit Card Purchases | | | | $ 1,230.00 |

2 continuation sheets attached

Subtotal $    $ 11,125.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **BARNES, LEON J.**                                                        ,  Case No. **2:14-bk-32758-NB**
                    Debtor(s)                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 4859<br>Creditor # : 4<br>BBY/CBNA<br>PO BOX 6497<br>Sioux Falls SD 57117 | | 2014<br>Credit Card Purchases<br>BEST BUYS | | | | $ 2,619.00 |
| Account No: 9331<br>Creditor # : 5<br>CHASE //<br>PO BOX 15298<br>Wilmington DE 19850 | | 2014<br>Credit Card Purchases | | | | $ 2,739.00 |
| Account No: 5498<br>Creditor # : 6<br>CITIBANK**<br>PO BOX 6241<br>Sioux Falls SD 57117 | | 2014<br>Credit Card Purchases | | | | $ 1,501.00 |
| Account No: 3501<br>Creditor # : 7<br>LOS ANGELES FED CR UNION<br>201 NO. LOS ANGELES STREET<br>Los Angeles CA 90012 | | 2014<br>PeRSONAL LOAN | | | | $ 4,142.00 |
| Account No: 1008<br>Creditor # : 8<br>LOS ANGELES FED CR UNION<br>201 NO. LOS ANGELES STREET<br>Los Angeles CA 90012 | | 2014<br>Credit Card Purchases | | | | $ 7,974.00 |

Sheet No. **1** of **2** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 18,975.00**
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re BARNES, LEON J.
Debtor(s)

Case No. 2:14-bk-32758-NB
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 6387<br>Creditor # : 9<br>SYNCB/LAZY BOY<br>PO BOX 965036<br>Orlando FL 32896 | | | 2014<br>STORE CREDIT CARD * | | | | $ 2,400.00 |
| Account No: 4543<br>Creditor # : 10<br>SYNCB/LIVING SPACES<br>PO BOX 965036<br>Orlando FL 32896 | | | 2014 | | | | $ 1,420.00 |
| Account No: 4602<br>Creditor # : 11<br>SYNCB/CASA LEADERS<br>PO BOX 965036<br>Orlando FL 32896 | | | 2014<br>FURNITURE/REAFFIRM<br>CASA LEADERS | | | | $ 1,055.00 |
| Account No: 5232<br>Creditor # : 12<br>SYNCHRONY BANK/CARE CREDIT<br>PO BOX 965036<br>Orlando FL 32896 | | | 2014<br>UNPAID DEBT | | | | $ 1,494.00 |
| Account No: | | | | | | | |

Sheet No. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 6,369.00

Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related  $ 36,469.00

**Fill in this information to identify your case:**

Debtor 1: BARNES, LEON J.
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA

Case number (if known): 2:14-bk-32758-NB

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date: _____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | SERVICEMEN | |
| Employer's name | CITY OF LOS ANGELES | |
| Employer's address | 200 N MAIN STREET #300<br>Number  Street | Number  Street |
| | Los Angeles   CA   90012<br>City   State   ZIP Code | City   State   ZIP Code |
| How long employed there? | 13YRS | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 7358.00 | $ 0.00 |
| 3. Estimate and list monthly overtime pay. | + $ 2600.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 9958.00 | $ 0.00 |

| Debtor 1 | BARNES, LEON J. | Case number (if known) 2:14-bk-32758-NB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 9958.00 | $ 0.00 |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1312.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 633.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 150.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 85.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 2180.00    $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 7778.00    $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. Interest and dividends    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. Unemployment compensation    8d.    $ 0.00    $ 0.00

8e. Social Security    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: SOCIAL SECURITY DISABILITY    8f.    $ 0.00    $ 1115.00

8g. Pension or retirement income    8g.    $ 0.00    $ 0.00

8h. Other monthly income. Specify: _____    8h.    + $ 0.00    + $ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 0.00    $ 1115.00

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 7,778.00  +  $ 1,115.00  =  $ 8893.00

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 8893.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
[✓] No.
[ ] Yes. Explain: _____

Official Form B 6I    Schedule I: Your Income    page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | BARNES, LEON J. |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL District of CALIFORNIA |
| Case number (If known) | 2:14-bk-32758-NB |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | DAUGHTER | 15YRS | ☐ No  ☑ Yes |
   | WIFE | 52YRS | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2495.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |

Official Form B 6J    Schedule J: Your Expenses    page 1

| Debtor 1 | BARNES, LEON J. | Case number (if known) | 2:14-bk-32758-NB |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $ 0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas  6a. $ 300.00
   - 6b. Water, sewer, garbage collection  6b. $ 91.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $ 332.00
   - 6d. Other. Specify: _____  6d. $ 0.00

7. **Food and housekeeping supplies**  7. $ 1100.00

8. **Childcare and children's education costs**  8. $ 0.00

9. **Clothing, laundry, and dry cleaning**  9. $ 200.00

10. **Personal care products and services**  10. $ 360.00

11. **Medical and dental expenses**  11. $ 240.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. $ 600.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ 300.00

14. **Charitable contributions and religious donations**  14. $ 0.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance  15a. $ 0.00
    - 15b. Health insurance  15b. $ 0.00
    - 15c. Vehicle insurance  15c. $ 278.00
    - 15d. Other insurance. Specify: _____  15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. $ 0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1  17a. $ 359.00
    - 17b. Car payments for Vehicle 2  17b. $ 152.00
    - 17c. Other. Specify: SPOUSE'S PERSONAL DEBT'S  17c. $ 1730.00
    - 17d. Other. Specify: _____  17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**  18. $ 0.00

19. **Other payments you make to support others who do not live with you.** Specify: _____  19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    - 20a. Mortgages on other property  20a. $ 0.00
    - 20b. Real estate taxes  20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance  20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses  20d. $ 0.00
    - 20e. Homeowner's association or condominium dues  20e. $ 0.00

| Debtor 1 | BARNES, LEON J. | Case number (if known) 2:14-bk-32758-NB |
|---|---|---|
| | First Name    Middle Name    Last Name | |

21. **Other.** Specify: _____    21.  +$ _____ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22.  $ _____ 8537.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____ 8893.00

   23b. Copy your monthly expenses from line 22 above.    23b.  – $ _____ 8537.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.    23c.  $ _____ 356.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here: