KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Leon J Barnes | CASE NO.: LA14-32758-NB |
| DEBTOR(S) | **NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>DATE: 3/26/15<br>TIME: 9:30 am<br>PLACE: Roybal Building<br>Courtroom 1545 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been continued.  The hearing will occur at the time and place listed above.

Dated:  2/6/15

_____
**Kathy A. Dockery,    Chapter 13 Trustee**