| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| The Law Office of Tyson Takeuchi<br>Scott Kosner, Sbn: 172379<br>Tyson M. Takeuchi, SBN: 177419<br>1100 Wilshie Blvd Suite 2606<br>Los Angeles, CA 90017<br>phone: (213) 637-1566<br>fax: (888) 977-6310<br><br>*Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Leon J. Barnes<br><br>Debtor(s). | CASE NO.: 2:14-bk-32758-NB<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 13 |
|---|---|
| <br>vs.<br>Plaintiff(s),<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Scott Kosner, Sbn: 172379

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

    Law offices of Tyson Takeuchi. Scott Kosner, Sbn: 172379Tyson M. Takeuchi, SBN: 177419
    1100 Wilshie Blvd Suite 2606
    Los Angeles, CA 90017
    (213)637-1566 - Tyson@tysonfirm.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                                    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Date: 03/24/2015

_____
Signature of party

Leon J. Barnes
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 03/24/2015

_____
Signature of present attorney

Leon J. Barnes
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 03/24/2015

_____
Signature of new attorney

Scott Kosner, Sbn: 172379
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshie Blvd Suite 2606
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _3-24-2015_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)    efiling@CH13LA.com
James Hogan    customer.service.bk@americredit.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _3/24/2015_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/24/2015 | Armen Galstian | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY

Label Matrix for local noticing
0973-2
Case 2:14-bk-32758-NB
Central District Of California
Los Angeles
Tue Mar 24 17:09:04 PDT 2015

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

BANK OF AMERICA
PO BOX 982235
El Paso, TX 79998-2235

BBY/CBNA
PC BOX 6497
Sioux Falls, SD 57117-6497

BBY/CBNA
PO Box 6497
Sioux Falls SD 57117-6497

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

C. SCNDRA PATRICK
3251 WEST 6TH STREET 351
Los Angeles, CA 90020-5018

CHASE
PO BOX 15298
Wilmington, DE 19850-5298

CITIBANK
PO BOX 6241
Sioux Falls, SD 57117-6241

GMC
PO BOX 33170
Detroit, MI 48232-5170

GMC
PO Box 33170
Setroit MI 48232-5170

LOS ANGELES FED CR UNION
201 NO. LOS ANGELES STREET
Los Angeles CA 90012-3307

Los Angeles Fed CR Union
201 N Los ANgeles ST
Los ANgeles CA 90012-3307

SKYONE FED CR UNION
14600 AVIATION BL
Hawthorne, CA 90250-6656

SYNCB Casa Leaders
PO Box 965036
Orlando FL 32896-5036

SYNCB Lazy Boy
PO Box 965036
Orlando FL 32896-5036

SYNCB Living Spaces
PO Box 965036
Orlando FL 32896-5036

SYNCHRONY BANK/CARE CREDIT
PO BOX 965036
Orlando, FL 32896-5036

Skyone Fed Cr Union
14600 Aviation Blvd
Hawthorne CA 90250-6656

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

eCAST Settlement Corporation, assignee
of Citibank, N.A.
POB 29262
New York, NY 10087-9262

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017-4212

Leon J Barnes
18021 Glenburn Ave
Torrance, CA 90504-4033

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.
PO Box 183853
Arlington TX 76096

Bank of America
PO Box 982235
El Paso TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)Chase
PO Box 15298
Wilmington DE 19850-5298

(d)Citibank
PO Box 6241
Sioux Falls SD 57117-6241

(d)SYNCB/CASA LEADERS
PO BOX 965036
Orlando, FL 32896-5036

(d)SYNCB/LAZY BOY
PO BOX 965036
Orlando, FL 32896-5036

(d)SYNCB/LIVING SPACES
PO BOX 965036
Orlando, FL 32896-5036

(d)Synchrony Bank Care Credit
PO Box 965036
Orlando FL 32896-5036

End of Label Matrix
Mailable recipients    24
Bypassed recipients     7
Total                  31